UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
Greenbelt Division

IN RE:

**KIMBERLY DANIELLE SIMMONS**          Case No.: **19-13096**
                                       Chapter 13

*Debtor.*

___

**WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A**

*Movant,*

vs.

**KIMBERLY DANIELLE SIMMONS**

*Respondent.*

## OPPOSITION TO MOTION FOR ORDER GRANTING RELIEF FROM AUTOMATIC STAY

COMES NOW Debtor/Respondent, Kimberly Danielle Simmons, by and through her undersigned counsel, Kimberly D. Marshall, and, in support of her Opposition To Motion For Order Granting Relief From Automatic Stay, respectfully represent as follows:

1. That the Debtor/Respondent admits the allegations contained in paragraphs 1. And 2. of the Movant's Motion.

2. That the Debtor/Respondent is without sufficient information to admit or deny the allegations set forth in paragraphs 3. And 4. Of the Movant's Motion and, therefore, denies those allegations and demands strict proof thereof.

3. The Debtor/Respondent has no opposition to the allegations set forth in paragraph 5.

Of the Movant's Motion.

4. The Debtor/Respondent admits the allegations set forth in paragraph 6.of the Movant's Motion.

5. The Debtor/Respondent admits that the Movant filed a Proof of Claim and that a copy of the Proof of Claim is part of the Court's record. The Debtor/Respondent denies the remaining allegations set forth in paragraph 7. Of the Movant's Motion.

6. The Debtor/Respondent denies the allegations set forth in paragraph 8. Of the Movant's Motion.

7. The Debtor/Respondent admits the allegations set forth in paragraph 9. Of the Movant's Motion.

8. The Debtor/Respondent denies the allegations set forth in paragraph 10. Of the Movant's Motion.

9. The Debtor/Respondent admits the allegations set forth in paragraphs 11. And 12. Of the Movant's Motion.

10. That the Movant is adequately protected.

11. The property is necessary for an effective reorganization.

WHEREFORE, the Debtor/Respondent prays this Honorable Court:

A. Deny the relief requested in the Movant's Motion For Relief From The Stay;

B. And for such other and further relief as this Honorable Court may deem just and proper.

/s/ Kimberly D. Marshall
Kimberly D. Marshall
603 Post Office Road

Suite 209
Waldorf, Maryland 20602
(301) 893-2311
somdbankruptcy@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Opposition will be sent to:

Nancy Spencer Grigsby  - Chapter 13 Trustee


I hereby further certify that on this 28th    day of July, 2019, a copy of the foregoing Opposition was also mailed first class mail, postage prepaid, to: Office of the United States Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770; and Malcolm B. Savage, III, Esquire, Law Offices of Shapiro & Brown, LLP, 10021 Balls Ford Road, Suite 200, Manassas, VA 20109.

/s/ Kimberly D. Marshall
Kimberly D. Marshall